IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON KELSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>    Defendants. | **\*E-FILED - 6/9/05\***<br><br>CASE NO.: C-04-01224-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that the following documents shall be removed from the public docket and filed under seal:

1. Reply Memorandum in Support of Motion to Strike, Docket No. 34
2. Reply Memorandum to Motion for Summary Judgment, Docket No. 38

IT IS SO ORDERED.

DATED: June 9, 2005

                                                      /s/ Ronald M.Whyte
                                                   RONALD M. WHYTE
                                                   United States District Judge

Copy of Order E-Filed to Counsel of Record:

**Counsel for Plaintiff(s):**

John A. Shepardson    johnshepardson@hotmail.com

**Counsel for Defendant(s):**

Michael A. Barnes    mbarnes@sonnenschein.com
Jessica Lou Woelfel    jwoelfel@sonnenschein.com