MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
JESSICA WOELFEL (State Bar No. 226939)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472
Email: mbarnes@sonnenschein.com
       smartin@sonnenschein.com
       jwoelfel@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/22/05*

| | |
|---|---|
| SHANNON KELSEY, | No. C 04-1224 RMW |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | [F.R.C.P. 41(a)(1)(ii)] |
| ALLSTATE INSURANCE COMPANY, and DOES 1 through 100, inclusive, | AND ORDER |
| Defendants. | |

This matter having settled on December 5, 2005, the parties hereby agree that this action should be dismissed in its entirety with prejudice, with each party to bear his or its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this Stipulation.

IT IS SO STIPULATED.

///

///

///

- 1 -

CASE NO. C 04-1224 RMW                                    STIPULATION FOR DISMISSAL

1  Dated: DEC 19, 2005

By _____
Shannon Kelsey

Plaintiff in *pro per*

Dated: December 20, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Michael Barnes

Attorney for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED:

Dated: 12/22, 2005

/S/ RONALD M. WHYTE
_____
Ronald M. Whyte
United States District Judge

27223814

685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000